JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CASBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3680
   E-mail: kimberly.briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-07-00409-SBA |
| Plaintiff,           ) | |
| v.           ) | STIPULATION AND ORDER FOR CHANGE OF PLEA AND SENTENCING HEARING |
| ALFREDO SANCHEZ,           ) | |
| Defendants.           ) | |

      It is hereby stipulated, by and between the parties that the change of plea and sentencing hearing be scheduled for January 27, 2009 at 10:00 a.m.

      The parties submitted a proposed plea agreement to the Court on October 24, 2008.  The plea agreement is offered under Federal Rule of Criminal Procedure 11(c)(1)(C).  As a result, the parties also stipulate that the period from October 24, 2008 to January 27, 2008 shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(h)(I).  This section allows for the exclusion of time when the delay is resulting from the Court's consideration of a proposed plea agreement.

1  As such, the parties respectfully request that the matter be scheduled for change of plea
2  and sentencing on January 27, 2009. As such, this defendant is excused from appearing at the
3  status hearing set for October 28, 2008 at 1:30 p.m.

5  DATED: October 24, 2008                    Respectfully Submitted,

                                              /s/
8                                             KIMBERLY M. BRIGGS
                                              Assistant United States Attorney

10 DATED:                                     /s/
                                              ROBERT L. FORKNER
11                                            Attorney for Alfredo Sanchez

    Based on the stipulation of the parties above, the Court hereby finds that to allow the
Court time to consider the proposed plea agreement, the time between October 24, 2008 and
January 27, 2009, is excluded pursuant to 18 U.S.C. Section 3161(h)(I) of the Speedy Trial Act.

    Therefore, it is hereby ordered that the change of plea and sentencing hearing shall be
scheduled for January 27, 2009.

**IT IS SO ORDERED.**

DATED:   10/27/08

                                              _Saundra B Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge