JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680
    Kimberly.Briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0409 SBA |
|                 Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING |
| ALFREDO SANCHEZ, ) | |
|                 Defendants. ) | |

    Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

    1.    The government and defendant have reached a negotiated disposition in which defendant will plead guilty to a binding plea agreement.

    2.    Accordingly, the parties hereby submit the proposed plea agreement for the Court's review, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

        (a)    That the parties have submitted a plea agreement for the Court's

1

consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for change of plea and imposition of judgment and sentence be scheduled for 11:00 a.m. on May 5, 2009; and

    (b)  That the time period from January 27, 2009, through May 5, 2009, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

  Undersigned defense counsel represents that he has spoken with his client, Mr. Alfredo Sanchez, and that Mr. Sanchez agrees that the Court may review the Presentence Investigation Report prepared by the United States Probation Office prior to accepting defendant's guilty plea.

IT IS SO STIPULATED.

                    Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

Dated: January 27, 2009            /s/
                    KIMBERLY BRIGGS
                    Assistant United States Attorney

Dated: January 27, 2009            /s/
                    ROBERT L. FORKNER
                    Attorney for Alfredo Sanchez

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on May 5, 2009. Time is excluded for purposes of the Speedy Trial Act from January 27, 2009, through the hearing date of May 5, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The United States Probation Office is ordered to prepare a Presentence Report for defendant.

DATED: 1/29/09

                    *Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE